| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 5:13CR500094-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PERSON UNDER SUPERVISION: Michael Francis Fox, Jr. | DISTRICT SOUTH DAKOTA | DIVISION WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Jeffrey L. Viken, District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/10/2021 — TO 02/09/2024 |

**OFFENSE**
TRAFFICKING WITH RESPECT TO PEONAGE - SLAVERY - INVOLUNTARY SERVITUDE - OR FORCED LABOR 18:1590.F ATTEMPT TO ESTABLISH PEONAGE, SLAVERY, INVOLUNTARY SERVITUDE, OR HUMAN TRAFFICKING 18:1594(A).F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of South Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 11, 2022
*Date*

*[signature]*
The Honorable Jeffrey L. Viken, District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 14, 2022
*Effective Date*

*[signature]*
United States District Judge